UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| SOURCEPROSE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No. SA-06-CA-0073-XR |
| ) | |
| FIDELITY NATIONAL FINANCIAL, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On this date, the Court considered Plaintiff SourceProse Corporation's original and amended motions for protective order with respect to the deposition notice of Jocelyne Thompson, Defendants' response in opposition, and Plaintiff's reply thereto. The underlying lawsuit between the parties is pending before the Honorable T. John Ward in the United States District Court for the Eastern District of Texas, Texarkana Division (the "Texarkana Action"). *See SourceProse Corp. v. First American Corp., et al.*, Civil Action No. 04-CA-0265. The Court notes that Plaintiff filed an identical motion for protective order in the Texarkana Action. Plaintiff's motion in the Texarkana Action was denied on February 15, 2006. Because the relief sought by Plaintiff has been denied by the district court in which the parties' underlying lawsuit is pending, Plaintiff's original and amended motions for protective order (docket nos. 1 & 2) are DENIED as moot.

The Clerk of the Court is directed to close this case.

SIGNED on this 17th day of February, 2006.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE